

United States Courts
Southern District of Texas
FILED

AUG 29 2018

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Krypali PATEL

**CRIMINAL COMPLAINT**

Case Number: 2:18mj3522

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 21, 2018** (Date) in **Cameron** County, in the Southern District of Texas defendant, **Krypali PATEL**

did knowingly and unlawfully enter the United States from Mexico, at a point near Webb County which said time and place was other than as designated by immigration officials of the United States for the entrance of immigrants into the United States

in violation of Title **8** United States Code, Section(s) **1325**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:
Official Title

On August 28, 2018 at approximately 6:45 a.m. Krypali PATEL was encountered by Border Patrol Agents near Freer, Texas. Border Patrol Agents determined Patel to be a citizen and national of India without any valid immigration documents to enter or remain in the United States legally. Patel stated she had entered the United States illegally by crossing the Rio Grande River on or about August 21, 2018 near Brownsville, Texas. Patel entered the United States at a time and place not designated by immigration officials for the entrance of immigrants into the country. AUSA Julie Hampton was briefed on the case and accepted prosecution of Patel for violation of Title 8 USC 1325, Illegal Entry into the United States.

Signature of Complainant
**Ricardo D. Vargas**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

**August 29, 2018**
Date

**B. Janice Ellington U.S. Magistrate Judge**
Name and Title of Judicial Officer

at **Corpus Christi, Texas**
City and State

Signature of Judicial Officer

U.S. Department of Homeland Security